Motion (29) is **GRANTED.**

*[signature]*

US DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

|  |  |
|---|---|
| IN RE: INTEGRATED ONCOLOGY NETWORK, LLC DATA BREACH | ) ) ) ) ) ) ) ) ) | MASTER FILE NO. 3:25-cv-755<br><br>District Judge Waverly D. Crenshaw<br>Magistrate Judge Alistair Newbern<br><br>This document relates to:<br>ALL CASES |

### JOINT MOTION FOR A STAY OF CASE DEADLINES

Plaintiffs in the above captioned consolidated cases and Defendants California Cancer Associates for Research and Excellence Inc. d/b/a cCARE, Lake City Cancer Care, LLC, Cardinal Health, Inc, Hematology/Oncology Consultants, Integrated Oncology Network, LLC, Radiation Oncology Network of Southern California d/b/a Imperial Valley Radiation Oncology, LLC, Rocky Mountain Oncology Center, LLC, and South Georgia Center for Cancer Care, LLC , and ("Defendants") (together, the "Parties"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby respectfully and jointly request a stay of all deadlines in this case until thirty (30) days after mediation, and as grounds therefore state the following:

1.  Plaintiff Hotter filed his Complaint in this matter on July 7, 2025. Thereafter, six additional class action complaints were filed in this Court: *McKeehan v. Integrated Oncology Network, LLC, and Lake City Cancer Care, LLC*, No. 3:25-cv-00776 ("McKeehan"); *Berens v. Rocky Mountain Oncology Center, LLC, and Integrated Oncology Network, LLC*, No. 3:25-cv-00798 ("Berens"); *Gonzales v. California Cancer Associates for Research and Excellence Inc. d/b/a CCARE, and Integrated Oncology Network LLC*, No. 3:25-cv-00799 ("Gonzales"); *Salgado v. Radiation Oncology Network of Southern California d/b/a Imperial Valley Radiation Oncology, LLC, and Integrated Oncology Network LLC*, No. 3:25-cv-00819 (Salgado); *Carmona v. Integrated Oncology*